IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:23-CV-00293-KDB-DCK

| | |
|---|---|
| ANTHONY LITTLE JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | **ORDER** |

    **THIS MATTER** is before the Court on Plaintiff's unopposed Motion to Dismiss (Doc. No. 4). For the reasons stated in the Motion, and without objection by opposing counsel, the Court will grant the Motion.

    **IT IS THEREFORE ORDERED** that Plaintiff's Motion to Dismiss is **GRANTED** and Plaintiff's Complaint (Doc. No. 1) is dismissed**.** The Clerk of Court is directed to close this matter in accordance with this Order.

    **SO ORDERED.**

Signed: January 18, 2024

Kenneth D. Bell
United States District Judge